**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
  E-Mail: Reuben.Jacobson@lewisbrisbois.com
MARK L. HIRSCHBERG, SB# 196603
  E-Mail: Mark.Hirschberg@lewisbrisbois.com
JUANA T. JUNG, SB# 327650
  E-Mail: Juana.Jung@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile:  925.478.3260

Attorneys for Defendants BAY AREA
PHLEBOTOMY AND LABORATORY
SERVICES AND JOSHUA HAMMACK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD BRINSON, | Case No. |
| Plaintiff, | [*Originally filed in San Francisco County Superior Court; Case No. CGC-23-610940*] |
| vs. | **NOTICE OF REMOVAL BY DEFENDANTS BAY AREA PHLEBOTOMY AND LABORATORY SERVICES AND JOSHUA HAMMACK** |
| STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, OFFICER P. SANTIAGO, JOSHUA HAMMACK, BAY AREA PHLEBOTOMY AND LABORATORY SERVICES AND DOES 1-50, | |
| Defendants. | Complaint Filed:  December 7, 2023<br>FAC Filed:  August 5, 2024<br>Trial Date:  None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HIS**

**ATTORNEYS OF RECORD:**

COME NOW Defendants, BAY AREA PHLEBOTOMY AND LABORATORY

SERVICES (hereinafter "Defendant BAPLS") and JOSHUA HAMMACK (hereinafter

"Defendant HAMMACK"), by counsel, and hereby file, pursuant to 28 U.S.C. §§ 1441(a), this

Notice of Removal of an action pending in the California State Court of San Francisco County and

in support thereof states as follows:

153533952.1                                              1

NOTICE OF REMOVAL BY DEFENDANTS BAY AREA PHLEBOTOMY AND LABORATORY SERVICES
AND JOSHUA HAMMACK

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

**NOTICE OF REMOVAL IS TIMELY**

1. On December 7, 2023, Plaintiff BRAD BRINSON ("Plaintiff") filed a Complaint in the San Francisco County Superior Court, entitled *Brad Brinson v. State of California, California Highway Patrol, Officer P. Santiago, Joshua Hammack, Bay Area Phlebotomy and Laboratory Services and Does 1-50,* Case No. CGC-23-610940 ("State Court Action"). (A true and correct copy of the Complaint is attached to the Declaration of Mark Hirschberg ("Hirschberg Decl.") as **Exhibit A**.)

2. On August 5, 2024, Plaintiff filed a First Amended Complaint. (A true and correct copy of the First Amended Complaint is attached to the Hirschberg Decl. as **Exhibit B**.)

3. Defendant BAPLS was served with the First Amended Complaint on February 5, 2025. (A true and correct copy of the Proof of Service of Summons for defendant BAPLS is attached the Jacobson Decl. as **Exhibit C).**

4. Defendant HAMMACK was served with the First Amended Complaint on February 8, 2025. (Hirschberg Decl. at 6**).**

5. This Notice is being filed within 30 days after service on Defendant BAPLS of a copy of the First Amended Complaint in the State Court Action and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

**FEDERAL QUESTION JURISDICTION EXISTS**

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendants BAPLS and HAMMACK pursuant to the provisions of 28 U.S.C. § 1441(a), in that Plaintiff's First, Second, and Third Causes of Action arises under 42 U.S.C. § 1983.

7. "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." (*Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).)

8. Generally, actions for violations of federal law are within federal question jurisdiction. (*See e.g. Rains v. Criterion Sys.*, 80 F.3d 339, 343 (9th Cir. 1996) (identifying as one

NOTICE OF REMOVAL BY DEFENDANTS BAY AREA PHLEBOTOMY AND LABORATORY SERVICES AND JOSHUA HAMMACK

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

of three possible grounds for federal question jurisdiction "that federal law creates the cause of action [the plaintiff] asserted"; *Merrell Dow Pharmaceuticals Inc. v. Thompson*, 478 U.S. 804, 807-10 (1986) ("[t]he 'vast majority' of cases that come within this grant of jurisdiction are covered by Justice Holmes' statement that a 'suit arises under the law that creates the cause of action.'")

9.    Here, the federal question is presented on the face of Plaintiff's pleading in the First, Second, and Third Causes of Action for "Violations of his 4th Amendment Rights" under 42 U.S.C § 1983.  Accordingly, federal question jurisdiction exists, and this action may be removed under 28 U.S.C. § 1441(a).

**SUPPLEMENTAL JURISDICTION EXISTS OVER STATE LAW CLAIMS**

10.    This Court has supplemental jurisdiction over claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under the 4th Amendment claims pursuant to 28 U.S.C. § 1367(a).

11.    In the case at bar, all of Plaintiff's remaining state causes of action, namely, the Fourth (Battery), Fifth (Negligence), and Sixth (Negligent Hiring, Training, Supervision, and Retention) Causes of Action arise out of the same set of facts and are part of the same case or controversy involving Plaintiff's alleged constitutional violations under the Fourth Amendment. In general, all the Causes of Action relate to the treatment Plaintiff received after he was arrested for Driving Under the Influence, specifically the fact that his constitutional rights were violated when his blood was drawn for purposes of determining the amount of alcohol in his system.

12.    Each of Plaintiff's claims is "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under the 4th Amendment" and thus subject to this Court's supplemental jurisdiction.

13.    Based on the foregoing, all requirements for federal question jurisdiction and removal jurisdiction have been met.

**THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED**

14.    Defendants BAPLS and HAMMACK are informed and believe that Defendant the State of California has been properly served as of the date of this notice of removal. On February

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

153533952.1                                          3

NOTICE OF REMOVAL BY DEFENDANTS BAY AREA PHLEBOTOMY AND LABORATORY SERVICES AND JOSHUA HAMMACK

28, 2025, Counsel for Defendants BAPLS and HAMMACK spoke with Counsel for Defendant the State of California. Counsel for Defendant the State of California indicated that Defendant the State of California is agreeable to the removal. (See Hirschberg Decl. ¶ 8)

15.     Doe defendants do not need to be joined in this Notice of Removal. *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980).

16.     Venue is proper in this division of this district, pursuant to 28 U.S.C. §§ 84(c)(3) and 1441(a), because it embraces the state court where the removed action has been pending.

17.     In accordance with 28 U.S.C. § 1446(a), attached as **Exhibit D** to Hirschberg Decl. are all of the process, pleadings, and orders served to date upon Defendant BAPLS and HAMMACK in the State Court Action.

18.     In accordance with 28 U.S.C. § 1446(d), Defendants BAPLS and HAMMACK will promptly give Plaintiff written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the Clerk of the San Francisco Superior Court, wherein the action is currently pending.  (See Hirschberg Decl. ¶ 9 and **Exhibit E**)

19.     If any questions arise as to the propriety of the removal of this action, Defendants BAPLS and HAMMACK requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

DATED:  March 7, 2025                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By:        /s/ *Mark L. Hirschberg*
            MARK L. HIRSCHBERG
            Attorneys for Defendants BAY AREA
            PHLEBOTOMY AND LABORATORY
            SERVICES AND JOSHUA HAMMACK


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

153533952.1                    4

NOTICE OF REMOVAL BY DEFENDANTS BAY AREA PHLEBOTOMY AND LABORATORY SERVICES AND JOSHUA HAMMACK